AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
SEP 28 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

Arberdella Hurd

*Defendant(s)*

Case No.  4:15 MJ 6262 TCM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 27, 2015  in the county of  Jefferson  in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, U.S.C. Section 701 | Fraudulent Possession of Official Badge |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Deputy U.S. Marshal David Wilburn, U.S. Marshals
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/28/15

*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Thomas C. Mummert III, U.S. Magistrate Judge
*Printed name and title*